Trial Cause no: 9014200

In Court
28,344-23

January 5, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015
CLY
Abel Acosta, Clerk

To: The Court of Criminal Appeals Texas:
Mr. Abel Acosta; Clerk of the Court.

In RE: My Writ of Habeas Corpus pursuant to —
§ 11.073 C.C.P. (Junk Science Writ):

Dear Mr. Acosta; Shortly after this Court's
declaration that I had engaged in an " abuse
of the Writ", and subsequent to its Order to the
trial court to return all subsequent Writs
pertaining to the above cause, I then learned
of a novel Writ of Habeas corpus pursuant
to § 11.073 C.C.P. ratified by the Texas Legis. in 2013.
Since, I have not previously petitioned
this court under this newly ratified statute,
I did draft My first Pro Se Junk Science
Writ and then mailed it to the District Clerk
of Travis county, Ms. Amalia Rodriguez-Mendoza.
Several months have now lapsed (I dont
have the exact date since the Prison officials
confiscated all of my legal property, including
these records and dates) but, the clerk has
utterly refused to file my Writ or even acknowledge
its receipt.
I can only assume that the District Clerk
has concluded that this Court's Ruling of an
" abuse of the Writ" in the above cause, automatically
precludes My petition pursuant to § 11.073 C.C.P.
However, I strongly Disagree. Consequently,

page 1 of 4

I am requesting for this Court to find out why the District Clerk has failed to perform her ministerial duties, or alternatively for this Court to issue a new opinion stating that the clerk can refuse to file my Junk Science Writ, so, that I may challenge it in the form of a <u>Writ of Certiorari</u> before the U.S. Supreme Court.

<u>Why My Mandamus does not Conform:</u>

On October 13, 2014, Major Cano, Capt Prescido, Lt Harmon, Sgt. Pelchat, Sgt. Paloma-Padilla, and 6 other Sgts did enter my cell (G-121) on 3Bldg. and confiscated all of my property (including my legal property; over $4000.00 worth of transcripts, court records, private investigator documents, witness statements and affidavits) and my I.O. card from me, and they have not returned them as of this date.

Two weeks later, I was summoned to the administrative offices, ostensibly, to return my property, however, the inventory-list sheet, which lists items confiscated, did <u>not</u> have any officer's signature. In essence, neither the Major, nor the Capt. (who actually confiscated my property) or any other person-official had signed. I was never presented with an I-185, or I-186 form which establishes authorization to confiscate <u>legal</u> property. Therefore, I refused to sign under these circumstances. Officer Hardy informed me that if I wanted my property, then I'd have to sign the form, since I did not sign I did not receive my property and to this date it has not been returned.

page 2 of 4

RECEIVED IN COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

Additionally, my I.D. card was on my cell room table and has not been returned and without an I.D. card I can not eat meals, pick up legal mail (if asked to present I.D.; sometimes they dont ask) obtain my cholesteral meds, purchase commissary, or enter the unit law-library. The only meal I can obtain is dinner (since I work in kitchen during these hours).

As such, I am unable to perfect a properly filed Her Junk Science Writ or present to This court a Writ of Mandamus in conformity to This Court's Appellate Rules or the Rules of law. I can't Access the law-library (& by extension, the courts) and my own law books and legal Records have been confiscated by the State. Similarly, I have redressed this complaint to the federal courts wherein I have a cause pending. Specifically, to the U.S. 5th Circuit court of appeals and to the U.S. Supreme court. These prison officials, also, unlawfully confiscated my brand new eyeglasses, purchased from Prism-optical, and mailed here (in a seperate Confiscation event over a year earlier); and I have never been given confiscation papers, allowed to mail them home, or told they'd be returned. The totality of the State's oppressive acts of egregious-behavior has effectively impeded and denied my access to courts on appeal and has created such an atypical-hardship that I cannot possibly present a properly drafted Junk Science writ, or subsequently, a Writ of mandamus in conformity to this Court's Rules.

Consequently, I need this Court to construe this letter (as a Mandamus) as librally as permitted under the circumstances.

If My Mandamus is granted I will need a hearing to determine what records I will need in order to supplement my Writ of Habeas with the records of facts (in Support) and I will need the court to instruct prison officials to return my eyeglasses and all legal property and replace and any property lost, stolen, or damaged.

If the Mandamus is Denied, then I will need a copy of this Court's Opinion, another copy of this court's previous opinion (abuse of the Writ) and copy of my junk Science writ to present off to the U.S. Supreme court in my Writ of Certiorari and §1983.

Thank You        Respectfully,        Markus Q. Green
                                                    # 1118715

Signed on this 5th day of January 2015

By: Markus Q. Green under penalty of perjury (28 USC §1746)
    # 1118715

Carbons (3)

To: The Court of Criminal Appeals Texas;
Mr. Abel Acosta; Clerk of Court.

In RE: The States failure to respond to
my appellate Brief by August 27, 2014:

Dear Mr. Acosta, On or about August
27, 2014 the State's Response (or Reply) Brief
was due and it has not made any
attempt to request for extensions or
explain why it has not filed one.
Texas appellate Rules (I don't know the
exact rule since all of my legal property
and books were confiscated and I can't
enter the law-library to review the rules,
since I need an i.d. card and that was
also confiscated with legal property on October
13, 2014) and Texas Criminal Court of Appeals
Rulings (I can't cite which ones for the
same above reasons) state that when
the State has failed to respond the
appeals court can accept my grounds
in my brief as true and grant my
appeal or order the State to respond.

I have written several motions
to the 13th Court of appeals to do
one of these; 1) Grant my appeal (Reverse
conviction 2) or order the State to respond

page 1 of 3

but the court has utterly failed to rule on said motions. And this has resulted in unnecessary delay.

So, I am now asking this court to compel the 13th court of appeals to perform its ministerial duty and either 1) Grant my motions 2) order the appeal reversed 3) order the State to Respond or 4) Deny my motions with its opinion. So that I can move forward in the appellate process.

## Why My Mandamus does not Conform

As already explained to this court in a seperate Mandamus to compel the District Clerk of Travis County Texas to file my § 11.073 Junk Science Writ, my property was Confiscated (including all of my legal records, books, eyeglasses and Private investigator Reports) and my I.d. card was also taken on October 13, 2014. I cant access the law library, pick up legal mail (consistently) eat meals, or pick up medications without an I.d. Nor can I purchase legal materials from commissary. Without access to my legal materials or to the law library I can not possibly file a Proper Writ of Mandamus or any other petition or motion. So,

I am asking this court to construe this Mandamus (in the form of a letter) liberally due to the State's actors impeding my access to the courts.

Please also instruct the Neal unit Warden (or the Director of TDCJ) to return all of my property including my eyeglasses without which I will never be able to perfect any future appeals that conform to appellate rules.

I have already asked (via Motion) the 13th court of appeals to order the Warden to return my property but those Motions have also been ignored.

Respectfully

Markus a Green
#1118715

# Correctional Managed Care
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

**Patient Name:** GREEN, MARCUS   **TDCJ#:** 11187735   **Date** 12/12/2014 12:34   **Facility:** NEAL (KN)
**Age:** 46 year   **Race:** B   **Sex:** male
**Most recent vitals from 9/2/2014:** BP: 106 / 71 (Sitting) ; Wt: 158 Lbs.; Height: 68 In.; Pulse: 70 (Sitting) ; Resp: 20 / min; Temp: 97.8 (Oral)  BMI: 24
***CURRENT* PEAK FLOWS:** PF 1: ;  PF 2: ;  PF 3:
***PRIOR* PEAK FLOWS:** PF1 : ; PF 2: ; PF 3:
**DOI:** 9/13/2002
**Allergies:** NO KNOWN ALLERGIES

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**CURRENT MEDICATION:**

| | | |
|---|---|---|
| **ATORVASTATIN 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: NEAL (KN)<br>ORDERING PROVIDER: BASSE, DAVID R | LAST DATE GIVEN KOP: 10/07/2014 10:14:11<br>REFILLS: 8 / 11<br>EXPIRATION DATE: 3/29/2015 01:01:00PM |

**Chronic Clinic (select all applicable):**

| | Asthma/COPD | | CAD | | CHF | | ESLD | | Active Hepatitis B | | HCV | | HIV | | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hyperlipidemia | | IDDM | | NIDDM | | Active TB | | Seizure | | | Close Monitoring | | | |
| | Miscellaneous: | | | | | | | | | | | | | | |

**COMPLIANCE:**
>  **Medication:** ____ %
>  **Diet:** ____ % TDCJ Regular.  HSM-82 signed 10/08/10 for DFH
>  **Exercise:** ____ %

**SUBJECTIVE:**      Patient NO SHOWED for today's CCC appointment.   EMR reviewed, patient last seen in CCC on 10/28/13 by this Provider.   He also NO SHOWED his CCC appt. on 11/10/14.

**OBJECTIVE:**      02/14/13 ECG:  NSR w/sinus arrhythmia, Incomplete RBBB, left anterior fascicular block, Abnormal ECG.
> 03/24/14 UA:  WNL; CMP:  WNL; Lipids:  LDL 100H; TSH 1.870
> 03/19/13 UA;  WNL; CBC:  WNL; CMP:  Sodium 146H; Lipids:  LDL 104H; TSH 1.510
> 03/30/12 CXR 1V:  Normal examination.

Pulmonary
| Lung fields clear to auscultation |
|---|

Heart
| RRR without murmur or gallop | PMI nl placement and magnitude |
|---|---|

Extremities
| No clubbing cyanosis or edema |
|---|

Abdomen
| Nl bowel sounds in all 4 quadrants | Soft, non-tender to palpation |
|---|---|

Vascular
| Upper exts intact | Carotids intact w/o bruit |
|---|---|

*This is proof that I keep missing my medical appts. Since I cant get in or get my meds w/o my I.D card!*

HSM70

# TDCJ – INSTITUTIONAL DIVISION
## OFFICIAL PASS

Good Only on Authentic and Authorized Signature
Indicated in "Signature" space below.

Time O 800    2 MIN    Date 11/14/14
(Issued)    (Time Allowed)

Admit GREEN    19 ___ 1119715
(Name and TDCJ Number)

To COMMAISARY / NEEDS ID
PINK SLIP
PER LT BARBEE

Items to be Admitted _____
(Give invoice Number and other charge paper data as reference to detail list.)

_____

_____

These papers are part of this pass.

Signature _____ Title C O I V

Note: NO MERCHANDISE TO BE ADMITTED IN OR OUT WITHOUT PASS

☆I-22

This shows that they are aware that I have no I.D. — Infact they sent me to go and buy a new I.D ($5.00) to replace the one they still have one you I said no Return [illegible] should never have taken or if you lost it then Report that + you buy me a new one